UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DONOVAN PEOPLES<br>Plaintiff,<br><br>v.<br><br>ALDOUS & ASSICIATES P.L.L.C<br>Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. 3:23CV389(RJC)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Donovan Peoples an individual consumer, against Defendant, Aldous & Associates, P.L.L.C ("Aldous") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact

1

business in Charlotte, Mecklenburg County, North Carolina, and the conduct complained of occurred in Charlotte, Mecklenburg County, North Carolina.

### III. PARTIES

3. Plaintiff Donovan Peoples (hereinafter "Mr. Peoples") is a natural person residing in Charlotte, Mecklenburg, North Carolina. Mr. Peoples is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant Aldous & Associates, P.L.L.C is a Utah corporation with its principal place of business located at 4625 S 2300 E Ste., 207 Holladay, UT 84117.

5. Defendant Aldous & Associates, P.L.L.C is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

### IV. FACTS OF THE COMPLAINT

12. Mr. Peoples re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

15. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Peoples actual damages, statutory damages and cost.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Peoples respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

*[signature]*

Donovan Peoples

6432 Old Pineville Rd, APT F

Charlotte, NC 28217

donovan1999@icloud.com

980-680-0887

5